## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **THOM W. PARSON,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-3942** |
| | : | |
| **THE VANGUARD GROUP,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW**, this _18th_ day of July, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 20), Plaintiff's Response in Opposition (Doc. 23), Defendant's Reply (Doc. 25), and Plaintiff's Sur-Reply (Doc. 28), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all counts of the Complaint.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.C.J.